**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs** | ) | **Case No. 3:22CR011** |
| | ) | |
| **Deontay Albert Brown, Sr.** | ) | |
| | ) | |

---

**ORDER TERMINATING SUPERVISED RELEASE**

---

The above named commenced a term of supervised release on September 27, 2024, for a period of three years.  Based on the recommendation of the U.S. Probation Officer and good cause shown, and in the absence of opposition by the Government, it is hereby ordered that the defendant is discharged from supervised release and that the case remain terminated.

 **IT IS SO ORDERED.**

April 2, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

cc:   United States Marshal
Dayton, Ohio

United States Probation
Dayton, Ohio